IN THE SUPREME COURT OF TEXAS

 No. 05-0213

 IN RE JOSE ALEJANDRO PENAFIEL

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for stay, filed April 13, 2005, is
granted. All underlying proceedings are stayed in Cause No. 2003-03866,
styled Lisa Penafiel v. Jose Alejandro Penafiel, in the 312th District
Court of Harris County, Texas, pending further order of this Court.

 2. The real party in interest is requested to respond to relator's
emergency motion for stay on or before 3:00 p.m., April 25, 2005.

 Done at the City of Austin, this April 15, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk